UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6240

ALEXANDER JOHNSON,

Plaintiff - Appellant,

versus

JON OZMINT, Director, SCDC; STAN BURTT, Warden
of Lieber Correctional Institute; LISA
CARRINGTON, Lieber Inmate Grievance
Coordinator; J. JENKINS, Lieber Inmate
Grievance Coordinator,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence. Henry F. Floyd, District Judge.
(CA-03-3837-4-26BH)

Submitted: May 19, 2005                    Decided: May 26, 2005

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alexander Johnson, Appellant Pro Se. Mary Bass Lohr, Thomas A.
Bendle, HOWELL, GIBSON & HUGHES, PA, Beaufort, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alexander Johnson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Johnson v. Ozmint, No. CA-03-3837-4-26BH (D.S.C. Jan. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED